# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

In re:

Crooks, Mary Jo Kay

Debtor(s)

**SIGNATURE DECLARATION**

Case no. BKY   08-45245

X  PETITION, SCHEDULES & STATEMENTS
___ CHAPTER 13 PLAN
___ SCHEDULES AND STATEMENTS ACCOMPANYING VERIFIED CONVERSION
___ MODIFIED CHAPTER 13 PLAN
___ OTHER. (Please describe:_____)

I [WE], the undersigned debtor(s) or authorized representative of the debtor, make the following declarations under penalty of perjury:

* The information I have given my attorney and provided in the electronically filed petition, statements, schedules, amendments, and/or chapter 13 plan, as indicated above, is true and correct;

* The information provided in the "Debtor Information Pages" submitted as a part of the electronic commencement of the above-referenced case is true and correct;

* [individual debtors only] If no Social Security Number is included in the "Debtor Information Pages" submitted as a part of the electronic commencement of the above-referenced case, it is because I do not have a Social Security Number;

* I consent to my attorney electronically filing with the United States Bankruptcy Court my petition, statements and schedules, amendments and/or chapter 13 plan, as indicated above, together with a scanned image of this Signature Declaration and the completed "Debtor Information Pages," if applicable; and

* [corporate and partnership debtors only] I have been authorized to file this petition on behalf of the debtor.

Date: 10-10-08

X _Mary Jo Crooks_____     X _____
Signature of Debtor or Authorized Representative     Signature of Joint Debtor

Mary Jo Crooks_____     _____
Printed Name of Debtor or Authorized Representative     Printed Name of Joint Debtor