**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In re: Case No. **08-45245**

**Crooks, Mary Jo Kay**
Debtor(s)

**STATEMENT UNDER PENALTY OF PERJURY RE:**
**PAYMENT ADVICES DUE PURSUANT TO 11 U.S.C. SEC. 521(a)(1)(B)(iv)**

☒ **Debtor** has attached to this statement copies of all payment advices or other evidences of payment received within 60 days before the date of the filing of the petition from any employer.

☐ **Debtor** has not filed copies of payment advices or other evidence of payment received within 60 days before the date of the filng of the petition from any employer because:

- ☐ Debtor was not employed during the 60 days preceding the filing of the petition.
- ☐ Debtor was employed for only a portion of the 60 days preceding the filing of the petition. Please specify period during which debtor was unemployed.
- ☐ Debtor was self-employed during the 60 days preceding the filing of the petition.
- ☐ Debtor received only unemployment, veteran's benefits, social security, disability or other retirement income during the 60 days preceding the filing of the petition; or
- ☐ Other (please explain):

I declare under penalty of perjury that I have read this Statement, and it is true to the best of my knowledge, information and belief.

Signature of Debtor: Mary Jo Crooks Date: 10-10-08

*****************************************************************

☐ **Joint debtor** has attached to this statement copies of all payment advices or other evidences of payment received within 60 days before the date of the filing of the petition from any employer.

☐ **Joint Debtor** has not filed copies of payment advices or other evidence of payment received within 60 days before the date of the filng of the petition from any employer because:

- ☐ Joint Debtor was not employed during the 60 days preceding the filing of the petition.
- ☐ Joint Debtor was employed for only a portion of the 60 days preceding the filing of the petition. Please specify period during which debtor was unemployed.
- ☐ Joint Debtor was self-employed during the 60 days preceding the filing of the petition.
- ☐ Joint Debtor received only unemployment, veteran's benefits, social security, disability or other retirement income during the 60 days preceding the filing of the petition.
- ☐ Other (please explain):

I declare under penalty of perjury that I have read this Statement, and it is true to the best of my knowledge, information and belief.

Signature of Joint Debtor: ______________________ Date: ____________

**KNOWLAN'S SUPER MARKETS, INC.** VADNAIS HEIGHTS, MN 55127

| HOURS REGULAR | HOURS OVERTIME | RATE | EARNINGS REGULAR | EARNINGS OVERTIME | OTHER PAY BASIS | OTHER PAY RATE | OTHER PAY AMOUNT | OTHER PAY DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| 19.50 | | 9.95 | 194.03 | | | | | |
| | 6.00 | 10.45 | | 62.70 | | | | |

PAY PERIOD: 07-27 TO 08-09-08

TOTAL PAY: 256.73

DEDUCTIONS THIS PERIOD

FICA-S 15.92 FICA-H 3.72 UnDues 13.50 HOURS 25.50

TOTAL DEDUCTIONS: 33.14

EMPLOYEE INFORMATION

19135

MARY JO K. CROOKS

YEAR-TO-DATE TOTALS

| | | | |
|---|---|---|---|
| GROSS | 4299.98 | FWH | 9.69 |
| FICA-S | 266.60 | SWH | 10.00 |
| FICA-H | 62.35 | 401K | .00 |

NET PAY: 223.59

PLEASE DETACH THIS PORTION AND RETAIN FOR YOUR RECORDS.

**KNOWLAN'S SUPER MARKETS, INC.** VADNAIS HEIGHTS, MN 55127

| HOURS REGULAR | HOURS OVERTIME | RATE | EARNINGS REGULAR | EARNINGS OVERTIME | OTHER PAY BASIS | OTHER PAY RATE | OTHER PAY AMOUNT | OTHER PAY DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| 14.25 | | 9.95 | 141.79 | | | | | |
| | 12.00 | 10.45 | | 125.40 | | | | |

PAY PERIOD: 08-10 TO 08-23-08

TOTAL PAY: 267.19

DEDUCTIONS THIS PERIOD

FICA-S 16.56 FICA-H 3.87 UnDues 13.50 HOURS 26.25

TOTAL DEDUCTIONS: 33.93

EMPLOYEE INFORMATION

19135

MARY JO K. CROOKS

YEAR-TO-DATE TOTALS

| | | | |
|---|---|---|---|
| GROSS | 4567.17 | FWH | 9.69 |
| FICA-S | 283.16 | SWH | 10.00 |
| FICA-H | 66.22 | 401K | .00 |

NET PAY: 233.26

PLEASE DETACH THIS PORTION AND RETAIN FOR YOUR RECORDS.

**KNOWLAN'S SUPER MARKETS, INC.** VADNAIS HEIGHTS, MN 55127

| HOURS REGULAR | HOURS OVERTIME | RATE | EARNINGS REGULAR | EARNINGS OVERTIME | OTHER PAY BASIS | OTHER PAY RATE | OTHER PAY AMOUNT | OTHER PAY DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| 17.00 | | 9.95 | 169.15 | | 4.00 | 9.95 | 39.80 | HOL. |
| | 5.50 | 10.45 | | 57.48 | | | | |

PAY PERIOD: 08-24 TO 09-06-08

TOTAL PAY: 266.43

DEDUCTIONS THIS PERIOD

FICA-S 16.52 FICA-H 3.87 UnDues 13.50 HOURS 22.50 OTH-HR 4.00

TOTAL DEDUCTIONS: 33.89

EMPLOYEE INFORMATION

19135

MARY JO K. CROOKS

YEAR-TO-DATE TOTALS

| | | | |
|---|---|---|---|
| GROSS | 4833.60 | FWH | 9.69 |
| FICA-S | 299.68 | SWH | 10.00 |
| FICA-H | [illegible] | 401K | [illegible] |

NET PAY: [illegible]

**KNOWLAN'S SUPER MARKETS, INC.** VADNAIS HEIGHTS, MN 55127

| HOURS | | RATE | EARNINGS | | OTHER PAY | | | |
|---|---|---|---|---|---|---|---|---|
| REGULAR | OVERTIME | | REGULAR | OVERTIME | BASIS | RATE | AMOUNT | DESCRIPTION |
| 3.75 | | 9.95 | 37.31 | | | | | |
| | 4.50 | 10.45 | | 47.03 | | | | |

| PAY PERIOD | TOTAL PAY | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|
| 09-07 TO 09-20-08 | 84.34 | 19.95 | 64.39 |

DEDUCTIONS THIS PERIOD

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| FICA-S | 5.23 | FICA-H | 1.22 | UnDues | 13.50 | HOURS | 8.25 |

EMPLOYEE INFORMATION

19135
MARY JO K. CROOKS

YEAR-TO-DATE TOTALS

| | | | |
|---|---|---|---|
| GROSS | 4917.94 | FWH | 9.69 |
| FICA-S | 304.91 | SWH | 10.00 |
| FICA-H | 71.31 | 401K | .00 |

PLEASE DETACH THIS PORTION AND RETAIN FOR YOUR RECORDS.



| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 069 |
|---|---|---|---|---|---|
| BJG | 001330 | 002016 | 4 | 0000320015 | 1 |

*FORKLIFTS OF MINNESOTA, INC.*
*501 W. 78TH ST.*
*BLOOMINGTON, MN 55420*

# Earnings Statement

Period Ending: 07/31/2008
Pay Date: 08/07/2008

Taxable Marital Status: Married
Exemptions/Allowances:
Federal: 9
State: 9,$10 Additional Tax

**CLINT A CROOKS**
**7037 EAGLE TRL**
**CENTERVILLE, MN 55038**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 26.9700 | 32.00 | 863.04 | |
| Overtime | 40.4550 | 3.25 | 131.48 | |
| Vacation | 26.9700 | 8.00 | 215.76 | |
| **Gross Pay** | | | **$1,210.28** | 36,113.15 |

| Deductions | this period | year to date |
|---|---|---|
| **Statutory** | | |
| Federal Income Tax | -35.94 | 1,415.88 |
| Social Security Tax | -71.14 | 2,105.43 |
| Medicare Tax | -16.64 | 492.40 |
| MN State Income Tax | -28.76 | 997.96 |
| **Other** | | |
| Advanc | -43.75 | |
| Checking1 | -902.70 | |
| Med 3 | -62.94* | 2,014.08 |
| 401K | -48.41* | 1,444.49 |
| Dental | | 140.56 |
| **Net Pay** | **$0.00** | |

*** Excluded from federal taxable wages**

Your federal taxable wages this period are $1,098.93

| Other Benefits and Information | this period | total to date |
|---|---|---|
| 401K | | 1,444.49 |

COPY

©1998, 2006. ADP, Inc. All Rights Reserved.

TEAR HERE



| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 069 |
|---|---|---|---|---|---|
| BJG | 001330 | 002016 | 4 | 0000330037 | 1 |

*FORKLIFTS OF MINNESOTA, INC.*
*501 W. 78TH ST.*
*BLOOMINGTON, MN 55420*

Taxable Marital Status: Married
Exemptions/Allowances:
Federal: 9
State: 9,$10 Additional Tax

# Earnings Statement

Period Ending: 08/07/2008
Pay Date: 08/14/2008

**CLINT A CROOKS**
**7037 EAGLE TRL**
**CENTERVILLE, MN 55038**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 26.9700 | 40.00 | 1,078.80 | |
| **Gross Pay** | | | **$1,078.80** | 37,191.95 |

| Deductions | this period | year to date |
|---|---|---|
| **Statutory** | | |
| Federal Income Tax | -21.31 | 1,437.19 |
| Social Security Tax | -62.98 | 2,168.41 |
| Medicare Tax | -14.73 | 507.13 |
| MN State Income Tax | -22.02 | 1,019.98 |
| **Other** | | |
| Advanc | -43.75 | |
| Checking1 | -807.92 | |
| Med 3 | -62.94* | 2,077.02 |
| 401K | -43.15* | 1,487.64 |
| Dental | | 140.56 |
| **Net Pay** | **$0.00** | |

*** Excluded from federal taxable wages**
Your federal taxable wages this period are $972.71

| Other Benefits and Information | this period | total to date |
|---|---|---|
| 401K | | 1,487.64 |

COPY COPY

TEAR HERE

©1998, 2006. ADP, Inc. All Rights Reserved.

| CO. | FILE | DEPT | CLOCK | VCHR NO | 069 |
|---|---|---|---|---|---|
| BJG | 001330 | 002016 | 4 | 0000340029 | 1 |

*FORKLIFTS OF MINNESOTA, INC.*
*501 W. 78TH ST.*
*BLOOMINGTON, MN 55420*

Taxable Marital Status: Married
Exemptions/Allowances:
Federal: 9
State: 9,$10 Additional Tax

# Earnings Statement

ADP®

Period Ending: 08/14/2008
Pay Date: 08/21/2008

**CLINT A CROOKS**
**7037 EAGLE TRL**
**CENTERVILLE, MN 55038**

[redacted]3

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 26.9700 | 40.00 | 1,078.80 | |
| Overtime | 40.4550 | .50 | 20.22 | |
| **Gross Pay** | | | **$1,099.02** | 38,290.97 |

| Deductions | | this period | year to date |
|---|---|---|---|
| **Statutory** | Federal Income Tax | -23.25 | 1,460.44 |
| | Social Security Tax | -64.24 | 2,232.65 |
| | Medicare Tax | -15.02 | 522.15 |
| | MN State Income Tax | -23.06 | 1,043.04 |
| **Other** | Advanc | -43.75 | |
| | Checking1 | -822.80 | |
| | Med 3 | -62.94* | 2,139.96 |
| | 401K | -43.96* | 1,531.60 |
| | Dental | | 140.56 |
| | **Net Pay** | **$0.00** | |

*** Excluded from federal taxable wages**
Your federal taxable wages this period are $992.12

| Other Benefits and Information | this period | total to date |
|---|---|---|
| 401K | | 1,531.60 |

COPY COPY

TEAR HERE

©1998, 2006. ADP, Inc. All Rights Reserved.



| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 069 |
|---|---|---|---|---|---|
| BJG | 001330 | 002016 | 4 | 0000350029 | 1 |

FORKLIFTS OF MINNESOTA, INC.
501 W. 78TH ST.
BLOOMINGTON, MN 55420

# Earnings Statement

Period Ending: 08/21/2008
Pay Date: 08/28/2008

Taxable Marital Status: Married
Exemptions/Allowances:
Federal: 9
State: 9,$10 Additional Tax

CLINT A CROOKS
7037 EAGLE TRL
CENTERVILLE, MN 55038



| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 26.9700 | 40.00 | 1,078.80 | |
| Gross Pay | | | $1,078.80 | 39,369.77 |

| Deductions | this period | year to date |
|---|---|---|
| **Statutory** | | |
| Federal Income Tax | -19.30 | 1,479.74 |
| Social Security Tax | -61.74 | 2,294.39 |
| Medicare Tax | -14.44 | 536.59 |
| MN State Income Tax | -20.94 | 1,063.98 |
| **Other** | | |
| Advanc | -43.75 | |
| Checking1 | -792.46 | |
| Dental | -20.08* | 160.64 |
| Med 3 | -62.94* | 2,202.90 |
| 401K | -43.15* | 1,574.75 |
| **Net Pay** | $0.00 | |

*** Excluded from federal taxable wages**
Your federal taxable wages this period are $952.63

| Other Benefits and Information | this period | total to date |
|---|---|---|
| 401K | | 1,574.75 |

COPY
COPY

TEAR HERE

©1998, 2006. ADP, Inc. All Rights Reserved.

| CO. | FILE | DEPT | CLOCK | VCHR. NO. | 069 |
|---|---|---|---|---|---|
| BJG | 001330 | 002016 | 4 | 0000360016 | 1 |

*FORKLIFTS OF MINNESOTA, INC.*
*501 W. 78TH ST.*
*BLOOMINGTON, MN 55420*

# Earnings Statement

ADP®

Period Ending: 08/28/2008
Pay Date: 09/04/2008

Taxable Marital Status: Married
Exemptions/Allowances:
Federal: 9
State: 9,$10 Additional Tax

**CLINT A CROOKS**
**7037 EAGLE TRL**
**CENTERVILLE, MN 55038**

[redacted]3

| **Earnings** | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 26.9700 | 40.00 | 1,078.80 | |
| **Gross Pay** | | | **$1,078.80** | 40,448.57 |

| **Deductions** | **Statutory** | this period | year to date |
|---|---|---|---|
| | Federal Income Tax | -21.31 | 1,501.05 |
| | Social Security Tax | -62.98 | 2,357.37 |
| | Medicare Tax | -14.73 | 551.32 |
| | MN State Income Tax | -22.02 | 1,086.00 |
| | **Other** | | |
| | Advanc | -43.75 | |
| | Checking1 | -807.92 | |
| | Med 3 | -62.94* | 2,265.84 |
| | 401K | -43.15* | 1,617.90 |
| | Dental | | 160.64 |
| | **Net Pay** | **$0.00** | |

*** Excluded from federal taxable wages**
Your federal taxable wages this period are $972.71

| **Other Benefits and Information** | this period | total to date |
|---|---|---|
| 401K | | 1,617.90 |

COPY

COPY

TEAR HERE

©1998, 2006. ADP, Inc. All Rights Reserved.

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 069 |
|---|---|---|---|---|---|
| BJG | 001330 | 002016 | 4 | 0000370040 | 1 |

FORKLIFTS OF MINNESOTA, INC.
501 W. 78TH ST.
BLOOMINGTON, MN 55420

# Earnings Statement

ADP®

Period Ending: 09/04/2008
Pay Date: 09/11/2008

Taxable Marital Status: Married
Exemptions/Allowances:
Federal: 9
State: 9,$10 Additional Tax

CLINT A CROOKS
7037 EAGLE TRL
CENTERVILLE, MN 55038

[REDACTED]3

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 26.9700 | 32.00 | 863.04 | |
| Overtime | 40.4550 | 1.00 | 40.45 | |
| Sick | 26.9700 | 8.00 | 215.76 | |
| **Gross Pay** | | | **$1,119.25** | 41,567.82 |

| Deductions | | this period | year to date |
|---|---|---|---|
| **Statutory** | | | |
| | Federal Income Tax | -25.19 | 1,526.24 |
| | Social Security Tax | -65.49 | 2,422.86 |
| | Medicare Tax | -15.32 | 566.64 |
| | MN State Income Tax | -24.09 | 1,110.09 |
| **Other** | | | |
| | Advanc | -43.75 | |
| | Checking1 | -837.70 | |
| | Med 3 | -62.94* | 2,328.78 |
| | 401K | -44.77* | 1,662.67 |
| | Dental | | 160.64 |
| **Net Pay** | | **$0.00** | |

*** Excluded from federal taxable wages**

Your federal taxable wages this period are $1,011.54

| Other Benefits and Information | this period | total to date |
|---|---|---|
| 401K | | 1,662.67 |

COPY COPY

TEAR HERE

©1998, 2006. ADP, Inc. All Rights Reserved.

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 069 |
|---|---|---|---|---|---|
| BJG | 001330 | 002016 | 4 | 0000380031 | 1 |

*FORKLIFTS OF MINNESOTA, INC.*
*501 W. 78TH ST.*
*BLOOMINGTON, MN 55420*

# Earnings Statement

ADP®

Period Ending: 09/11/2008
Pay Date: 09/18/2008

Taxable Marital Status: Married
Exemptions/Allowances:
Federal: 9
State: 9,$10 Additional Tax

CLINT A CROOKS
7037 EAGLE TRL
CENTERVILLE, MN 55038

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 26.9700 | 40.00 | 1,078.80 | |
| Overtime | 40.4550 | 2.25 | 91.02 | |
| **Gross Pay** | | | **$1,169.82** | 42,737.64 |

| Deductions | | this period | year to date |
|---|---|---|---|
| **Statutory** | | | |
| | Federal Income Tax | -30.11 | 1,556.35 |
| | Social Security Tax | -68.63 | 2,491.49 |
| | Medicare Tax | -16.05 | 582.69 |
| | MN State Income Tax | -26.70 | 1,136.79 |
| **Other** | | | |
| | Advanc | -43.75 | |
| | Checking1 | -874.85 | |
| | Med 3 | -62.94* | 2,391.72 |
| | 401K | -46.79* | 1,709.46 |
| | Dental | | 160.64 |
| **Net Pay** | | **$0.00** | |

* **Excluded from federal taxable wages**

Your federal taxable wages this period are $1,060.09

| Other Benefits and Information | this period | total to date |
|---|---|---|
| 401K | | 1,709.46 |

COPY

COPY

©1998, 2006. ADP, Inc. All Rights Reserved.

EAR HERE

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 069 |
|---|---|---|---|---|---|
| BJG | 001330 | 002016 | 4 | 0000390029 | 1 |

*FORKLIFTS OF MINNESOTA, INC.*
*501 W. 78TH ST.*
*BLOOMINGTON, MN 55420*

# Earnings Statement

ADP®

Period Ending: 09/18/2008
Pay Date: 09/25/2008

Taxable Marital Status: Married
Exemptions/Allowances:
Federal: 9
State: 9,$10 Additional Tax

**CLINT A CROOKS**
**7037 EAGLE TRL**
**CENTERVILLE, MN 55038**

3

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 26.9700 | 16.00 | 431.52 | |
| Sick | 26.9700 | 14.00 | 377.59 | |
| Vacation | 26.9700 | 10.00 | 269.71 | |
| Gross Pay | | | $1,078.82 | 43,816.46 |

| Deductions | | this period | year to date |
|---|---|---|---|
| Statutory | | | |
| | Federal Income Tax | -19.30 | 1,575.65 |
| | Social Security Tax | -61.74 | 2,553.23 |
| | Medicare Tax | -14.44 | 597.13 |
| | MN State Income Tax | -20.94 | 1,157.73 |
| Other | | | |
| | Advanc | -43.75 | |
| | Checking1 | -792.48 | |
| | Dental | -20.08* | 180.72 |
| | Med 3 | -62.94* | 2,454.66 |
| | 401K | -43.15* | 1,752.61 |
| Net Pay | | $0.00 | |

* **Excluded from federal taxable wages**
Your federal taxable wages this period are $952.65

| Other Benefits and Information | this period | total to date |
|---|---|---|
| 401K | | 1,752.61 |

COPY

COPY

TEAR HERE

©1998, 2006. ADP, Inc. All Rights Reserved.

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 069 |
|---|---|---|---|---|---|
| BJG | 001330 | 002016 | 4 | 0000400016 | 1 |

*FORKLIFTS OF MINNESOTA, INC.*
*501 W. 78TH ST.*
*BLOOMINGTON, MN 55420*

Taxable Marital Status: Married
Exemptions/Allowances:
Federal: 9
State: 9,$10 Additional Tax

# Earnings Statement



Period Ending: 09/25/2008
Pay Date: 10/02/2008

**CLINT A CROOKS**
**7037 EAGLE TRL**
**CENTERVILLE, MN 55038**

| **Earnings** | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 26.9700 | 8.00 | 215.76 | |
| Vacation | 26.9700 | 32.00 | 863.04 | |
| **Gross Pay** | | | **$1,078.80** | 44,895.26 |

| **Deductions** | this period | year to date |
|---|---|---|
| **Statutory** | | |
| Federal Income Tax | -21.31 | 1,596.96 |
| Social Security Tax | -62.98 | 2,616.21 |
| Medicare Tax | -14.73 | 611.86 |
| MN State Income Tax | -22.02 | 1,179.75 |
| **Other** | | |
| Advanc | -43.75 | |
| Checking1 | -807.92 | |
| Med 3 | -62.94* | 2,517.60 |
| 401K | -43.15* | 1,795.76 |
| Dental | | 180.72 |
| **Net Pay** | **$0.00** | |

*** Excluded from federal taxable wages**
Your federal taxable wages this period are $972.71

| **Other Benefits and Information** | this period | total to date |
|---|---|---|
| 401K | | 1,795.76 |

COPY

COPY

COPY

TEAR HERE

©1998, 2006. ADP, Inc. All Rights Reserved.

| CO. | FILE | DEPT. | CLOCK | NUMBER | 069 |
|---|---|---|---|---|---|
| BJG | 001330 | 002016 | 4 | 0000123487 | 1 |

*FORKLIFTS OF MINNESOTA, INC.*
*501 W. 78TH ST.*
*BLOOMINGTON, MN 55420*

# Earnings Statement

ADP®

Period Ending: 10/02/2008
Pay Date: 10/09/2008

Taxable Marital Status: Married
Exemptions/Allowances:
Federal: 9
State: 9,$10 Additional Tax

**CLINT A CROOKS**
**7037 EAGLE TRL**
**CENTERVILLE, MN 55038**

[redacted]3

| **Earnings** | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 26.9700 | 32.00 | 863.04 | |
| Overtime | 40.4550 | 2.75 | 111.25 | |
| Vacation | 26.9700 | 8.00 | 215.76 | |
| **Gross Pay** | | | $1,190.05 | 46,085.31 |

| **Deductions** | | this period | year to date |
|---|---|---|---|
| **Statutory** | | | |
| | Federal Income Tax | -33.03 | 1,629.99 |
| | Social Security Tax | -69.88 | 2,686.09 |
| | Medicare Tax | -16.34 | 628.20 |
| | MN State Income Tax | -27.73 | 1,207.48 |
| **Other** | | | |
| | Advanc | -43.75 | |
| | Med 3 | -62.94* | 2,580.54 |
| | 401K | -47.60* | 1,843.36 |
| | Dental | | 180.72 |
| **Net Pay** | | $888.78 | |

*** Excluded from federal taxable wages**

Your federal taxable wages this period are $1,079.51

| **Other Benefits and Information** | this period | total to date |
|---|---|---|
| 401K | | 1,843.36 |

| **Deposits** | |
|---|---|
| Account No. | 2868934135 |
| Transit/ABA | 2910 7000 |
| Pending | |

**Important Notes**

YOUR BANK WAS NOTIFIED OF YOUR REQUEST FOR DIRECT DEPOSIT. IT WILL BEGIN AFTER ACCOUNT VERIFICATION.

©1998, 2006. ADP, Inc. All Rights Reserved.

TEAR HERE

COPY COPY COPY